1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
9                                        AT SEATTLE
10

11  ANDREW COPELAND and LEILA
    COPELAND, husband and wife, and the marital
12  community composed thereof,                    CASE NO. C04-1725RSM

13                  Plaintiffs,                    ORDER ON MOTION TO STRIKE

14          v.

15  MARYLAND CASUALTY COMPANY, a
    foreign corporation,
16
                    Defendant.
17

18

19      This matter is before the Court for consideration of plaintiffs' motion to strike (Dkt. # 90) and

20  motion to shorten time for consideration of the motion to strike (Dkt. # 91). Although these motions are

21  not yet ripe, the Court deems it proper to rule on them expeditiously, before defendant is put to the

22  burden of responding, because both motions are frivolous.

23      Plaintiffs have moved to strike defendant's reply brief on the pending summary judgment motion,

24  contending that it was filed one day late. The reply (Dkt. # 89) was filed on August 12, 2005, the noting

25  date for the summary judgment motion. Pursuant to this Court's local rules, reply papers "shall be filed

26  and served **no later than the noting date**." Local Rule CR 7(d)(3), as amended January 1, 2005

27  (emphasis added). Defendant's reply was therefore not untimely.

28

ORDER ON MOTION TO STRIKE - 1

1  Accordingly, plaintiffs' motion to strike (Dkt. # 90) is DENIED, and plaintiffs' motion to shorten
2  time for consideration of the motion to strike (Dkt. # 91) is STRICKEN.

4  DATED this ___16___ day of_ August__, 2005.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO STRIKE - 2